In the Matter of JOY MACDONALD, Appellant, v. BERNARD L. BRYAN, as District Superintendent of Schools, Second Supervisory District, Westchester County, et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act: (a) to annul respondents' dismissal of petitioner as a kindergarten teacher in the Elmsford Public School System; (b) to review their refusal to appoint her on tenure in the Elmsford School District; and (c) to direct respondents to continue petitioner on tenure in her former position, petitioner appeals from an order of the Supreme Court, Westchester County, entered

August 10, 1962, which dismissed her petition. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.